

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

                          Case No. 06-20373-Cr-LENARD

        Plaintiff,       VOLUME 1

vs.                    MIAMI, *FLORIDA*
                        June 30, 2006

NARSEAL BATISTE, a/k/a
Brother Naz, a/k/a Prince
Manna, et al.,

        Defendants.

---

TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE TED E. BANDSTRA,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

                *United States Attorney's Office*
                99 N.E. 4th Street
                Miami, Florida 33132
                **BY: JACQUELINE M. ARANGO, A.U.S.A.**
                **BY: RICHARD E. GETCHELL, JR., A.U.S.A.**

112
H.H.

```
 1   FOR THE DEFENDANT BATISTE:
 2
 3
 4                              Federal Public Defender's Office
                                BY: JOHN W. WYLIE, A.F.P.D.
 5                              159 Flagler Street
                                Miami, Florida 33131
 6
 7
 8   FOR THE DEFENDANT ABRAHAM:
 9
10
                                BY: ALBERT Z. LEVIN, ESQ.
11                              261 N.E. First Street
                                6th Floor
12                              Miami, Florida 33132
13
14
     FOR THE DEFENDANT PHANOR:
15
16
                                Brinkley Darrell & Vereen
                                BY: RODERICK D. VEREEN, ESQ.
                                4770 Biscayne Boulevard
                                Suite 1200
                                Miami, Florida 33131



     FOR THE DEFENDANT HERRERA:




                                BY: RICHARD K. HOULIHAN, ESQ.
                                300 Aragon Avenue
                                Gables International Center
                                Coral Gables, Florida 33134
```

```
 4   FOR THE DEFENDANT BURSON AUGUSTIN:




 8             BY: GREGORY A. PREBISH, ESQ.
               Courthouse Plaza
               28 W. Flagler Street
 9             Miami, Florida 33130




13   FOR THE DEFENDANT ROTHCHILD AUGUSTINE:




               BY: NATHAN D. CLARK, ESQ.
               17639 S. Dixie Highway
               Miami, Florida 33157




     REPORTED BY:    JERALD M. MEYERS, RPR-CM
                     J.M. Court Reporting, Inc.
                     1601 N.W. 109 Terrace
                     Pembroke Pines, Florida 33026-2717
```

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#112

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____