```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
             CASE NO. 06-20373-CR-LENARD/TORRES
```

FILED by _____ D.C.
APPEALS
JUL 3 0 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | JULY 17, 2007 |
| vs. | |
| NARSEAL BATISTE,<br>PATRICK ABRAHAM,<br>STANLEY GRANT PHANOR,<br>NAUDIMAR HERRERA,<br>BURSON AUGUSTIN,<br>LYGLENSON LEMORIN,<br>ROTSCHILD AUGUSTINE, | |
| Defendants. | |

```
              TRANSCRIPT OF MOTIONS TO SUPPRESS
            BEFORE THE HONORABLE EDWIN TORRES,
               UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | JACQUELINE M. ARANGO, ESQ.<br>ALLYSON FRITZ, ESQ.<br>RICHARD E. GETCHELL, JR., ESQ.<br>Assistant U. S. Attorneys<br>99 Northeast Fourth Street<br>Miami, FL 33132    306.961.9000 |
| FOR DEFENDANT BATISTE: | ANA MARIA JHONES, ESQ.<br>300 Seville Avenue, Suite 210<br>Coral Gables, FL 33134<br>305.461.0700 |
| FOR DEFENDANT ABRAHAM: | ALBERT Z. LEVIN, ESQ.<br>261 Northeast First Street<br>6th Floor<br>Miami, FL 33132    305.379.7101 |