1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION
                 CASE NO. 06-20373-CRIMINAL-LENARD

UNITED STATES OF AMERICA,         Miami, Florida

              Plaintiff,          September 18, 2007

         vs.                      9:25 a.m. to 6:45 p.m.

NARSEAL BATISTE, et al.,          Volume I

              Defendants.         Pages 1 to 363
------------------------------------------------------


                           JURY TRIAL
              BEFORE THE HONORABLE JOAN A. LENARD,
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE GOVERNMENT:     JACQUELINE M. ARANGO, ESQ.,
                        RICHARD D. GREGORIE, ESQ.,
                        ALLYSON FRITZ, ESQ., and
                        RICHARD E. GETCHELL, JR., ESQ.
                        ASSISTANT UNITED STATES ATTORNEYS
                        99 Northeast Fourth Street
                        Miami, Florida 33132


FOR THE DEFENDANT       ANA MARIA JHONES, ESQ.
  NARSEAL BATISTE:      300 Seville Avenue, Suite 210
                        Coral Gables, Florida 33134


FOR THE DEFENDANT       ALBERT Z. LEVIN, ESQ.
  PATRICK ABRAHAM:      261 Northeast First Street
                        Sixth Floor
                        Miami, Florida 33132
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR-JAL
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
    consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____