```
                                                                  1

              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
           CASE NO. 06-20373-CRIMINAL-LENARD

UNITED STATES OF AMERICA,        Miami, Florida

              Plaintiff,         February 6, 2008

      vs.                        9:07 a.m. to 5:43 p.m.

NARSEAL BATISTE, et al.,         Volume IX

              Defendants.        Pages 1 to 148
_____


                         JURY TRIAL
           BEFORE THE HONORABLE JOAN A. LENARD,
              UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE GOVERNMENT:    RICHARD D. GREGORIE, ESQ., and
                       JACQUELINE M. ARANGO, ESQ.
                       ASSISTANT UNITED STATES ATTORNEYS
                       99 Northeast Fourth Street
                       Miami, Florida 33132

FOR THE DEFENDANT      ANA MARIA JHONES, ESQ.
NARSEAL BATISTE:       300 Seville Avenue, Suite 210
                       Coral Gables, Florida 33134

FOR THE DEFENDANT      ALBERT Z. LEVIN, ESQ.
PATRICK ABRAHAM:       261 Northeast First Street
                       Sixth Floor
                       Miami, Florida 33132
```

FILED by _____ D.C.
FEB 11 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by _____ D.C.
APPEALS
FEB 12 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____