```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT        FILED by _____ D.C.

 2              SOUTHERN DISTRICT OF FLORIDA            APR 0 1 2008

 3          CASE NO. 06-20373-CRIMINAL-LENARD       STEVEN M. LARIMORE
                                                    CLERK U.S. DIST CT
                                                    S. D. of FLA. - MIAMI
 4    UNITED STATES OF AMERICA,            MIAMI, FLORIDA

 5              PLAINTIFF,                 MARCH 26, 2008

 6         VS.

 7    NARSEAL BATISTE, ET AL.,

 8              DEFENDANTS.                PAGES 1 TO 134

 9    _____

10                       JURY TRIAL HELD

11             BEFORE THE HONORABLE JOAN A. LENARD

12                  UNITED STATES DISTRICT COURT

13

14    APPEARANCES:

15    FOR THE GOVERNMENT:      RICHARD D. GREGORIE, ESQ., AND

16                             JACQUELINE M. ARANGO, ESQ.

17                             ASSISTANT UNITED STATES ATTORNEYS

18                             99 N.E. 4TH STREET

19                             MIAMI, FLORIDA

20    FOR THE DEFENDANT        ANA MARIA JHONES, ESQ.

21      NARSEAL BATISTE:       300 SEVILLE AVENUE, SUITE 210

22                             CORAL GABLES, FLORIDA 33134

23    FOR THE DEFENDANT        ALBERT Z. LEVIN, ESQ.

24      PATRICK ABRAHAM:       261 NORTHEAST FIRST STREET

25                             MIAMI, FLORIDA 33132
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- X SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____